930 A.2d 1253

COMMONWEALTH of Pennsylvania, Respondent,

v.

Jermaine WALKER, Petitioner.

No. 99 EM 2007.

Supreme Court of Pennsylvania.

Aug. 13, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of August, 2007, the Application for Extension of Time to File Petition for Allowance of Appeal is granted.